UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Gary Yoyokie, Jr.,<br><br>　　　　Defendant. | CR 11 8084 PCT DGC DKD<br><br>**I N D I C T M E N T**<br><br>VIO:　18 U.S.C. § 1163<br>　　　　(Embezzlement and Theft from<br>　　　　Indian Tribal Organization)<br>　　　　Counts 1-32 |

THE GRAND JURY CHARGES:

**I. INTRODUCTORY ALLEGATIONS**

At all times material to this indictment:

1.　The Hopi Indian Tribe was recognized by the United States Secretary of the Interior and approved as an Indian Tribal Nation subject to the laws of the United States relating to Indian affairs.

2.　The Hopi Economic Development Corporation (HEDC) is a commercial entity belonging to the Hopi Indian Tribe. The Hopi Cultural Center (HCC) is a subsidiary of the HEDC.

3. Gary Yoyokie, Jr ("Yoyokie"), age 38, is an enrolled member of the Hopi Indian Tribe.

4. Yoyokie was employed as the HCC Restaurant Manager from August 14, 2007, through April 28, 2008.

5. Yoyokie acquired a credit/debit card (#XXXX861111875404), linked to an HEDC business account (#XXXX352446) established for the HCC with Wells Fargo Bank.

6. Yoyokie activated the credit/debit card and used the credit/debit card for his personal use from April 12, 2008, through June 29, 2008.

7. Yoyokie was neither authorized to obtain an HEDC business credit card nor charge items, obtain cash withdrawals or charge services with the card.

## II. EMBEZZLEMENT AND THEFT

### COUNTS 1-32

8. Paragraphs 1 through 7 of the Introductory Allegations are hereby realleged and reincorporated herein.

9. On or about the dates listed below, in the District of Arizona, defendant Gary Yoyokie, Jr. did embezzle, steal, knowingly convert to his own use and willfully misapply funds belonging to the HEDC, a Hopi Indian tribal organization, by the unauthorized use of a credit/debit card accessing funds from Wells Fargo Bank account #XXXX352446 that belonged to the HEDC, each transaction below being a separate count of the indictment:

| Count | Date | Location | Amount |
|---|---|---|---|
| 1 | 3/17/2008 | Wells Fargo Cash Withdrawal | $1,500.00 |
| 2 | 4/11/2008 | Wells Fargo Cash Withdrawal | $2,000.00 |
| 3 | 4/12/2008 | Cliff Castle Casino | $529.49 |
| 4 | 4/13/2008 | Pep Boys Auto | $749.25 |
| 5 | 4/22/2008 | Hon-Dah Casino & Resort | $535.00 |
| 6 | 5/10/2008 | Monte Carlo Resort & Casino | $526.99 |
| 7 | 5/11/2008 | Mandalay Bay Resort & Casino | $533.75 |
| 8 | 5/30/2008 | Hon-Dah Casino & Resort | $856.00 |
| 9 | 5/30/2008 | Hon-Dah Casino & Resort | $856.00 |

| 10 | 5/31/2008 | Hon-Dah Casino & Resort | $856.00 |
|----|-----------|-------------------------|---------|
| 11 | 5/31/2008 | Hon-Dah Casino & Resort | $856.00 |
| 12 | 5/31/2008 | Hon-Dah Casino & Resort | $1,070.00 |
| 13 | 5/31/2008 | Hon-Dah Casino & Resort | $535.00 |
| 14 | 5/31/2008 | Hon-Dah Casino & Resort | $535.00 |
| 15 | 6/1/2008  | Lone Butte Casino | $2,110.00 |
| 16 | 6/1/2008  | Lone Butte Casino | $2,110.00 |
| 17 | 6/2/2008  | Lone Butte Casino | $2,110.00 |
| 18 | 6/3/2008  | Lone Butte Casino | $533.99 |
| 19 | 6/9/2008  | Hon-Dah Casino & Resort | $2,140.00 |
| 20 | 6/10/2008 | Hon-Dah Casino & Resort | $2,140.00 |
| 21 | 6/10/2008 | Hon-Dah Casino & Resort | $2,140.00 |
| 22 | 6/11/2008 | Hon-Dah Casino & Resort | $535.00 |
| 23 | 6/14/2008 | Aquarius Casino & Resort | $1,044.99 |
| 24 | 6/15/2008 | Aquarius Casino & Resort | $2,085.99 |
| 25 | 6/16/2008 | Planet Hollywood Resort & Casino | $2,084.99 |
| 26 | 6/17/2008 | Planet Hollywood Resort & Casino | $2,084.99 |
| 27 | 6/17/2008 | Planet Hollywood Resort & Casino | $2,084.99 |
| 28 | 6/18/2008 | Aquarius Casino & Resort | $2,085.99 |
| 29 | 6/18/2008 | Aquarius Casino & Resort | $2,085.99 |
| 30 | 6/19/2008 | Aquarius Casino & Resort | $2,085.99 |
| 31 | 6/21/2008 | Lone Butte Casino | $2,110.00 |
| 32 | 6/21/2008 | Lone Butte Casino | $1,060.99 |

1 | In violation of Title 18, United States Code, Section 1163.

A TRUE BILL

/s
FOREPERSON OF THE GRAND JURY
Date: April 12, 2011

DENNIS K. BURKE
United States Attorney
District of Arizona

/s
KEVIN M. RAPP
Assistant U.S. Attorney