AO 83 (Rev. 01/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gary Yoyokie, Jr.<br><br>*Defendant* | )<br>)<br>) Case No. CR 11-8084-PCT-DGC<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: Sandra Day O'connor U.S. Courthouse<br>401 W. Washington St.<br>Phoenix, AZ 85003 | Courtroom No.: 303 |
|---|---|
| | Date and Time: 4/27/2011 10:30 am |

This offense is briefly described as follows:

In Violation of Title 18 U.S.C. Section 1163 Emezzlement and Theft from Indian Tribal Organization

Date: 04/13/2011

*Issuing officer's signature*

for Richard H. Weare, Clerk of Court/DCE
*Printed name and title*

---

### Proof of Service

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

*Server's signature*

*Printed name and title*

Remarks:

FILED ___ LODGED ___ RECEIVED ___ COPY
APR 22 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

2011 APR 13  PM 11:13
RECEIVED SERVICE
U S MARSHALS SERVICE
DIST-AZ PHOENIX

AO 83 (Rev. 01/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. )
Gary Yoyokie, Jr. ) Case No. CR 11-8084-PCT-DGC
)
_Defendant_ )

SEALED

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX
2011 APR 13 PM 1:13

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: Sandra Day O'connor U.S. Courthouse 401 W. Washington St. Phoenix, AZ 85003 | Courtroom No.: 303 |
| | Date and Time: 4/27/2011 10:30 am |

This offense is briefly described as follows:

In Violation of Title 18 U.S.C. Section 1163  Emezzlement and Theft from Indian Tribal Organization

Date: 04/13/2011

_O. Taylor_
_Issuing officer's signature_

for Richard H. Weare, Clerk of Court/DCE
_Printed name and title_

---

### Proof of Service

This summons was received by me on _(date)_ __18 April 2011__.

☒ I personally served the summons on this defendant __Gary Yoyokie__ at _(place)_ __Kykotsmovi, Arizona__ on _(date)_ __20 April 2011__; or

☐ On _(date)_ _____, I left the summons at the defendant's residence or usual place of abode with _(name)_ _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____

I declare under penalty of perjury that this information is true.

Date returned: __20 April 2011__

_Server's signature_

__Brian Scott McGrew SA, FBI__
_Printed name and title_

Remarks: