1
2
3
4
5
6  IN THE UNITED STATES DISTRICT COURT
7  DISTRICT OF ARIZONA
8
9  United States of America,
       Plaintiff,
10
11 v.
12 Gary Yoyokie, Jr.,
13     Defendant.

No. CR 11-8084-01-PCT-DGC

**ORDER**

**(First Request)**

14
15     Upon motion of the defendant, with no opposition from the government,
16 and good cause appearing,
17     IT IS HEREBY ORDERED continuing the trial in this case from June
18 14, 2011, to August 9, 2011, at 9:00 a.m. in Prescott, Arizona.
19     This court specifically finds that the ends of justice served by taking this
20 action outweigh the best interest of the public and the defendant in a speedy trial. This
21 finding is based on the court's conclusion that the failure to grant such a continuance
22 would unreasonably deny the attorney for defendant the reasonable time necessary for
23 effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §
24 3161(h)(7)(B)(iv).
25
26     IT IS FURTHER ORDERED extending the current pretrial motions
27 deadline of May 18, 2011, to and including July 15, 2011.
28

IT IS FURTHER ORDERED vacating the status conference set for May 24, 2011.

IT IS FURTHER ORDERED that any subpoenas previously issued and served in this matter remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the new trial date.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will commence on May 17, 2011 for a total of 85 days.

DATED this 20th day of May, 2011.

_____
David G. Campbell
United States District Judge